Frank RICHARDSON, Appellant,

v.

Jim JONES, et al., Respondents.

No. WD 43642.

Missouri Court of Appeals,
Western District.

March 12, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 30, 1991.

Frank Richardson, Pacific, pro se.

William L. Webster, Atty. Gen., Bruce Farmer, Asst. Atty. Gen., Jefferson City, for respondents.

Before TURNAGE, P.J., and LOWENSTEIN and BRECKENRIDGE, JJ.

ORDER

PER CURIAM.

Appeal from dismissal of an inmate's petition for damages and injunctive relief from prison officials.

Affirmed. Rule 84.16(b).